# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| **ALFREDA BARKER,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 09-437-P-S** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **Of Social Security,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on June 29, 2010, his Recommended Decision (Docket No. 23). Plaintiff filed her Objection to the Recommended Decision (Docket No. 24) on July 16, 2010. Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 25) on August 2, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.     It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.    It is hereby **ORDERED** that the Decision of the Commissioner is **AFFIRMED.**

/s/George Z. Singal_____
U.S. District Judge

Dated:  August 4, 2010